IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RENWICK L. FOSTER, SR.,

    Plaintiff,

vs.	CASE NO. 5:07cv292/RS-MD

WASHINGTON CORRECTIONAL
INSTITUTION,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 23) and Plaintiff's Motion For Reconsideration Or, In Alternative Alter Or Amend Judgment (Doc. 24), which I will consider as Plaintiff's objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on March 12, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**